UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
743-5 CROWN STREET, LLC,

                Plaintiff,

     -against-

ASPEN AMERICAN INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------------X

1:16-cv-02119 (LDH)(CLP)

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff 743-5 Crown Street, LLC hereby dismisses all claims against defendant Aspen American Insurance Company with prejudice, with each party to bear its own costs and attorney's fees.

Merlin Law Group

By: _____
Jason M. Cieri, Esq.
*Attorneys for Plaintiff*
100 Park Avenue, 16th Floor
New York, New York 10017
Tel No.: (212) 351-5017
Fax No.: (212) 984-0698

Lewis Brisbois Bisgaard & Smith, LLP

By: _____
Yoko Yamamoto, Esq.
*Attorneys for Defendant*
77 Water Street, Suite 2100
New York, New York 10005
Tel No.: (212) 232-1300
Fax No.: (212) 232-1399

Dated: _____

SO ORDERED:

_____
U.S. District Court Judge

4824-4143-7509.1