UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

743-5 CROWN STREET, LLC,

      Plaintiff,

-against-

ASPEN AMERICAN INSURANCE COMPANY,

      Defendant.
-------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 17 2017 ★

BROOKLYN OFFICE

1:16-cv-02119 (LDH)(CLP)

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff 743-5 Crown Street, LLC hereby dismisses all claims against defendant Aspen American Insurance Company with prejudice, with each party to bear its own costs and attorney's fees.

        Merlin Law Group

        By: _____
        Jason M. Cieri, Esq.
        *Attorneys for Plaintiff*
        100 Park Avenue, 16th Floor
        New York, New York 10017
        Tel No.: (212) 351-5017
        Fax No.: (212) 984-0698

        Lewis Brisbois Bisgaard & Smith, LLP

        By: _____
        Yoko Yamamoto, Esq.
        *Attorneys for Defendant*
        77 Water Street, Suite 2100
        New York, New York 10005
        Tel No.: (212) 232-1300
        Fax No.: (212) 232-1399

Dated: 3/16/17

SO ORDERED:

s/ LaShann DeArcy Hall
U.S. District Court Judge

4824-4143-7509.1